United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dina Marie Andujar  
    Debtor

Case No. 22-01097-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 19, 2022      Form ID: ntcnfhrg      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dina Marie Andujar, 128 Meckes Lane, Saylorsburg, PA 18353-8646 |
| 5479929 | + | ADS/COMEMITY/BJSCLUB, P.O. BOX 182120, COLUMBUS, OH 43218-2120 |
| 5479935 | + | FIVE STAR BANK, 220 LIBERTY STREET, P.O. BOX 227, WARSAW, NY 14569-0227 |
| 5479936 | + | GREGORY ANDUJAR, 204 WESTFIELD AVENUE, APT. G3, ELIZABETH, NJ 07208-3169 |
| 5479939 | + | KUBOTA CREDIT USA, 1000 KUBOTA DRIVE, GRAPEVINE, TX 76051-2334 |
| 5485356 | | Members 1st FCU, POB 8893, Camp Hill, PA 17001-8893 |
| 5479941 | + | POWERPAY, P.O. BOX 62426, KING OF PRUSSIA, PA 19406-0395 |
| 5479943 | + | SNYCB / ASHLEY HOMESTORES, C/O P.O. BOX 965036, ORLANDO, FL 32896-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 19 2022 18:46:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5480809 | + | Email/Text: bknotices@bankofthewest.com | Jul 19 2022 18:47:27 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON CA 94583-4213 |
| 5479930 | | Email/Text: bknotices@bankofthewest.com | Jul 19 2022 18:47:27 | BANK OF THE WEST, C/O THE BEST SERVICE CO, 10780 SANTA MONICA BLVD STE 140, LOS ANGELES, CA 90025-7613 |
| 5479931 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2022 18:46:36 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5479932 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2022 18:57:10 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5479933 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2022 18:57:27 | CITI CARD/CITIBANK, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5479934 | + | Email/Text: bncnotifications@pheaa.org | Jul 19 2022 18:47:00 | FED LOAN SERVICING, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 5484310 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Jul 19 2022 18:47:00 | Five Star Bank, 100 Chestnut Street 13th Floor, Rochester, NY 14604 |
| 5479937 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2022 18:46:36 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5479938 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 19 2022 18:47:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5479940 | | Email/Text: unger@members1st.org | Jul 19 2022 18:47:00 | MEMBERS FIRST FCU, 5000 LOUISE DRIVE, MECHANICSBURG, PA 17055-4899 |
| 5479942 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 19 2022 18:47:00 | ROCKET MORTGAGE, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5483425 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 19 2022 18:47:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5479944 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 18:46:44 | SYNCB/HSN, PO BOX 965017, ORLANDO, FL 32896-5017 |
| 5479945 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 18:46:36 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5479946 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 18:46:44 | SYNCB/PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 5479947 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 18:46:53 | SYNCB/QVC, P.O. BOX 965018, ORLANDO, FL 32896-5018 |
| 5479948 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 18:46:53 | SYNCB/SAMS CLUB, P.O. BOX 965005, ORLANDO, FL 32896-5005 |
| 5480202 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 18:46:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5479949 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 19 2022 18:47:00 | TBOM/ATLS/FORTIVA THD, P.O. BOX 10555, ATLANTA, GA 30310-0555 |
| 5483582 | + | Email/Text: tdebn@credbankserv.com | Jul 19 2022 18:47:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5481317 | | Email/Text: bncnotifications@pheaa.org | Jul 19 2022 18:47:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5479950 | ##+ | TDRCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 Dina Marie Andujar lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Dina Marie Andujar, <br> aka Dina M Andujar, aka Dina Andujar, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:22−bk−01097−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 16, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main <br> Street, Wilkes−Barre, PA 18701 | Date: August 23, 2022 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 19, 2022 |

ntcnfhrg (08/21)