UNITED STATES BANKRUPTCY COURT DISTRICT: MIDDLE DISTRICT OF PENNSYLVANIA

In RE: DINA M ANDUJAR

Claim Number: 1

Case Number: 22-01097

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to NOTICES and PAYMENTS, listed in the above stated case, be changed.

**NOTICE ADDRESS**

FROM: TO:

**PAYMENT ADDRESS**

FROM:

Bank of the West

PO BOX 2634

Omaha, NE 68103

TO:

BMO Bank N.A.

P. O. Box 6150

Carol Stream, IL 60197

/s/ Filer *Lori Diokno-Davis*

Date:

Authorized Agent for Creditor BMO Bank N.A.

9/29/23