In re:                                                                    Case No. 22-01097-MJC

Dina Marie Andujar                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5              User: AutoDocke              Page 1 of 3

Date Rcvd: Jul 31, 2025             Form ID: 3180W              Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Dina Marie Andujar, 128 Meckes Lane, Saylorsburg, PA 18353-8646 |
| 5479929 | + | ADS/COMEMITY/BJSCLUB, P.O. BOX 182120, COLUMBUS, OH 43218-2120 |
| 5479934 | + | FED LOAN SERVICING, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 5662967 | + | Powerpay LLC, 2900 Horizon Dr, King of Prussia, PA 19406-2651 |
| 5479943 | + | SNYCB / ASHLEY HOMESTORES, C/O P.O. BOX 965036, ORLANDO, FL 32896-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | ^ | MEBN | Jul 31 2025 18:43:04 | BMO BANK, PO BOX 6150, CAROL STREAM, IL 60197-6150 |
| cr | + | EDI: AISACG.COM | Jul 31 2025 22:39:00 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jul 31 2025 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5480809 | + | Email/Text: bankruptcy@bmo.com | Jul 31 2025 18:46:00 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON CA 94583-4213 |
| 5479930 | | Email/Text: bankruptcy@bmo.com | Jul 31 2025 18:46:00 | BANK OF THE WEST, C/O THE BEST SERVICE CO, 10780 SANTA MONICA BLVD STE 140, LOS ANGELES, CA 90025-7613 |
| 5576172 | + | EDI: AISACG.COM | Jul 31 2025 22:39:00 | BMO Bank N.A., AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5479931 | + | EDI: CAPITALONE.COM | Jul 31 2025 22:39:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5479932 | + | EDI: CITICORP | Jul 31 2025 22:39:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5479933 | + | EDI: CITICORP | Jul 31 2025 22:39:00 | CITI CARD/CITIBANK, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5489810 | | EDI: CITICORP | Jul 31 2025 22:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5479935 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Jul 31 2025 18:45:00 | FIVE STAR BANK, 220 LIBERTY STREET, P.O. BOX 227, WARSAW, NY 14569 |
| 5484310 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Jul 31 2025 18:45:00 | Five Star Bank, 100 Chestnut Street 13th Floor, Rochester, NY 14604 |

| 5479937 | + EDI: JPMORGANCHASE | | |
|---|---|---|---|
| | | Jul 31 2025 22:39:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5486524 | + Email/Text: RASEBN@raslg.com | | |
| | | Jul 31 2025 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5479938 | EDI: CAPITALONE.COM | | |
| | | Jul 31 2025 22:39:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5479939 | ^ MEBN | | |
| | | Jul 31 2025 18:43:08 | KUBOTA CREDIT USA, 1000 KUBOTA DRIVE, GRAPEVINE, TX 76051-2334 |
| 5489938 | + Email/Text: KubotaBKNotices@nationalbankruptcy.com | | |
| | | Jul 31 2025 18:45:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5487629 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 31 2025 18:49:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479940 | Email/Text: unger@members1st.org | | |
| | | Jul 31 2025 18:46:00 | MEMBERS FIRST FCU, 5000 LOUISE DRIVE, MECHANICSBURG, PA 17055-4899 |
| 5664677 | Email/Text: EBN@Mohela.com | | |
| | | Jul 31 2025 18:45:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 5485356 | Email/Text: Unger@Members1st.org | | |
| | | Jul 31 2025 18:45:00 | Members 1st FCU, POB 8893, Camp Hill, PA 17001-8893 |
| 5479941 | ^ MEBN | | |
| | | Jul 31 2025 18:42:53 | POWERPAY, P.O. BOX 62426, KING OF PRUSSIA, PA 19406-0395 |
| 5479942 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jul 31 2025 18:46:00 | ROCKET MORTGAGE, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5483425 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jul 31 2025 18:46:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5479944 | + EDI: SYNC | | |
| | | Jul 31 2025 22:39:00 | SYNCB/HSN, PO BOX 965017, ORLANDO, FL 32896-5017 |
| 5479945 | + EDI: SYNC | | |
| | | Jul 31 2025 22:39:00 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5479946 | + EDI: SYNC | | |
| | | Jul 31 2025 22:39:00 | SYNCB/PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 5479947 | + EDI: SYNC | | |
| | | Jul 31 2025 22:39:00 | SYNCB/QVC, P.O. BOX 965018, ORLANDO, FL 32896-5018 |
| 5479948 | + EDI: SYNC | | |
| | | Jul 31 2025 22:39:00 | SYNCB/SAMS CLUB, P.O. BOX 965005, ORLANDO, FL 32896-5005 |
| 5480202 | ^ MEBN | | |
| | | Jul 31 2025 18:43:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5479949 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Jul 31 2025 18:45:00 | TBOM/ATLS/FORTIVA THD, P.O. BOX 10555, ATLANTA, GA 30310-0555 |
| 5483582 | + EDI: CBSTDR | | |
| | | Jul 31 2025 22:39:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5479950 | + EDI: TDBANKNORTH.COM | | |
| | | Jul 31 2025 22:39:00 | TDRCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |
| 5481317 | ^ MEBN | | |
| | | Jul 31 2025 18:42:44 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5479936 | ##+ | GREGORY ANDUJAR, 204 WESTFIELD AVENUE, APT. G3, ELIZABETH, NJ 07208-3169 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 02, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Dina Marie Andujar rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Dina Marie Andujar lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | Dina Marie Andujar | Social Security number or ITIN   xxx–xx–3824 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22–bk–01097–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dina Marie Andujar
aka Dina M Andujar, aka Dina Andujar

**By the court:**

7/31/25

Mark J. Conway, United States
Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**